Bryan K. Weir, CA Bar #310964
Thomas R. McCarthy*
William S. Consovoy*
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

*Application for admission
pro hac vice pending

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. TRUMP FOR PRESIDENT, INC., DONALD J. TRUMP, in his capacity as a private citizen,<br><br>        Plaintiffs,<br><br>        v.<br><br>ALEX PADILLA, in his official capacity as California Secretary of State, and XAVIER BECERRA, in his official capacity as California Attorney General,<br><br>        Defendants. | No.  19-cv-1501<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |

# NOTICE

Notice is hereby given that Plaintiffs Donald J. Trump for President, Inc. and President Donald J. Trump, in his capacity as a private citizen, make the following motion, which they propose to notice for a hearing on September 5, 2019.

# MOTION

Plaintiffs hereby move for a preliminary injunction enjoining enforcement of the provisions of the Presidential Tax Transparency and Accountability Act, enacted though Senate Bill 27 ("SB27"), that require candidates for the presidency to disclose their tax returns as a condition of appearing on a primary ballot. *See* Cal. Elec. Code §§ 6880-6884. This motion is based on the memorandum, declarations, and exhibits filed herewith, and the pleadings on file. Plaintiffs do not desire to present oral testimony at the hearing. *See* Local Rule 231(d)(3). Plaintiffs estimate an hour will be required for the hearing. *Id.*

Respectfully submitted,

Dated: August 8, 2019

*/s/ Bryan K. Weir*
Bryan K. Weir, CA Bar #310964
Thomas R. McCarthy*
William S. Consovoy*
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

*Application for admission pro hac vice pending*

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that I electronically filed this pleading with the Clerk of the Court using the

3

CM/ECF system. I certify that I have been in contact with counsel for Defendants, who have not

4

yet entered an appearance or been served, and will transmit this filing via email to them at the below

5

contact information.

6

7

Jay Russell
California Department of Justice

8

455 Golden Gate Avenue
San Francisco, CA 94102

9

jay.russell@doj.ca.gov
(415) 510-3617

10

11

Chad Stegeman
California Department of Justice

12

455 Golden Gate Avenue
San Francisco, CA 94102

13

chad.stegeman@doj.ca.gov
(415) 510-3624

14

15

16

Dated: August 8, 2019

*/s/ Bryan K. Weir*
Bryan K. Weir

17

CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard

18

Suite 700
Arlington, VA 22209

19

(703) 243-9423

20

21

22

23

24

25

26

27

28