|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| JERRY GRIFFIN, MICHELLE BOLOTIN, MICHAEL SIENKIEWICZ, and JAMES B. OERDING,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX PADILLA, in his official capacity as Secretary of State of California,<br><br>Defendant. | No. 2:19-cv-01477-MCE-DB<br><br><br><br><br>**RELATED CASE ORDER** |
| DONALD J. TRUMP FOR PRESIDENT, INC., DONALD J. TRUMP, in his capacity as a private citizen,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX PADILLA, in his official capacity as California Secretary of State, and XAVIER BECERRA, in his official capacity as California Attorney General,<br><br>Defendants. | No. 2:19-cv-01501-TLN-AC |

///

///

1

|   |   |
|---|---|
| MELISSA MELENDEZ, an individual; BILAL ALI ESSAYLI, an individual; CHARLES MCDOUGALD, an individual; THE REPUBLICAN NATIONAL COMMITTTEE; and THE CALIFORNIA REPUBLICAN PARTY,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; and ALEX PADILLA, in his official capacity as Secretary of State of the State of California,<br><br>Defendants. | No. 2:19-cv-01506-WBS-CKD |
| JEFFREY S. KOENIG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN CHRISTOPHER NEWSOM, in his official capacity as Governor of the State of California; and ALEX PADILLA, in his official capacity as Secretary of State of the State of California,<br><br>Defendants. | No. 2:19-cv-01507-KJM-EFB |

The Court received Notices of Related Cases filed on August 6 and 7, 2019.

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the

action is effected. Under the regular practice of this Court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the above-captioned cases are reassigned to District Judge Morrison C. England, Jr. and Magistrate Judge Deborah Barnes for all further proceedings, and any dates currently set in the reassigned cases only are hereby **VACATED**. The caption on documents filed in the reassigned cases shall be shown as follows:

1. Donald J. Trump for President, Inc., et al. v. Alex Padilla, et al., No. 2:19-cv-01501-MCE-DB.
2. Melissa Melendez, et al. v. Gavin Newsom, et al., No. 2:19-cv-01506-MCE-DB
3. Jeffrey S. Koenig v. Gavin Christopher Newsom, et al., No. 2:19-cv-01507-MCE-DB

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: August 9, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE