XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
PETER H. CHANG, State Bar No. 241467
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3624
  Fax:  (415) 703-5843
  E-mail:  Chad.Stegeman@doj.ca.gov
*Attorneys for Defendant Padilla, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALEX PADILLA, in his official capacity as Secretary of State of the State of California, et al.,**<br><br>Defendants. | 2:19-cv-01501-MCE-DB<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Action Filed:  August 6, 2019<br>Judge: Morrison C. England, Jr. |

Defendant Alex Padilla, in his official capacity as the California Secretary of State, appeals to the United States Court of Appeals for the Ninth Circuit from this Court's October 2, 2019 "Amended Memorandum and Order" granting plaintiffs' motion for a preliminary injunction barring enforcement of Senate Bill 27, which order was filed in each of five related cases: *Griffin v. Padilla*, 2:19-cv-01477-MCE-DB (ECF No. 41); *Koenig v. Padilla*, E.D. Cal. No. 2:19-cv-1507 (ECF No. 37), *Trump v. Padilla*, E.D. Cal. No. 2:19-cv-1501 (ECF No. 34), *Melendez v. Newsom*, E.D. Cal. No. 2:19-cv-1506 (ECF No. 41), and *De La Fuente v. Padilla*, 2:19-cv-01659-MCE-DB (ECF No. 40). Defendants Newsom (not a named defendant in this Action) and Padilla are appealing the order in each of the five related cases.

Dated:  October 8, 2019                                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General


*/s/ Chad A. Stegeman*
CHAD A. STEGEMAN
Deputy Attorney General
*Attorneys for Defendant Padilla, in his official capacity*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| Alex Padilla, in his official capacity as the California Secretary of State |

Name(s) of counsel (if any):
| |
|---|
| Paul Stein, Jay C. Russell |

Address: 455 Golden Gate Ave., Ste. 11000, San Francisco, CA 94102

Telephone number(s): 415.510.3862; 415.510.3617

Email(s): paul.stein@doj.ca.gov; jay.russell@doj.ca.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| Donald J. Trump for President, Inc., Donald J. Trump, in his capacity as a private citizen |

Name(s) of counsel (if any):
| |
|---|
| Bryan K. Weir, Thomas R. McCarthy |

Address: Consovoy McCarthy, 1600 Wilson Blvd., Ste 700, Arlington, VA 22209

Telephone number(s): 703.243.9423

Email(s): bryan@consovoymccarthy.com; tom@consovoymccarthy.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Alex Padilla, in his official capacity as the California Secretary of State

Name(s) of counsel (if any):
Chad A. Stegeman, Peter H. Chang

Address: 455 Golden Gate Ave., Ste. 11000, San Francisco, CA 94102
Telephone number(s): 415.510.3624; 415.510.3776
Email(s): chad.stegeman@doj.ca.gov; peter.chang@doj.ca.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:
Donald J. Trump for President, Inc., Donald J. Trump, in his capacity as a private citizen

Name(s) of counsel (if any):
William S. Consovoy, Cameron T. Norris

Address: Consovoy McCarthy, 1600 Wilson Blvd., Ste 700, Arlington, VA 22209
Telephone number(s): 703.243.9423
Email(s): will@consovoymccarthy.com; cam@consovoymccarthy.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                             *2*                             *New 12/01/2018*

# CERTIFICATE OF SERVICE

Case Name:  **Donald J. Trump for President, Inc., et al v. Alex Padilla, et al.**    No.  **2:19-cv-01501-MCE-DB**

I hereby certify that on <u>October 8, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 8, 2019</u>, at Fresno, California.

|  |  |
|---|---|
| W. Garber | /s/ W. Garber |
| Declarant | Signature |

SA2019104152
33807253.docx