UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 07 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JERRY GRIFFIN; et al.,<br><br>            Plaintiffs - Appellees,<br><br>  v.<br><br> ALEX PADILLA, Secretary of State of California, in his official capacity,<br><br>            Defendant - Appellant,<br><br>  v.<br><br>JEFFREY S. KOENIG,<br><br>            Movant. | No. 19-17000<br><br>D.C. No. 2:19-cv-01477-MCE-DB<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |
| DONALD J. TRUMP FOR PRESIDENT, INC. and DONALD J. TRUMP, in his capacity as a private citizen,<br><br>            Plaintiffs - Appellees,<br><br>  v.<br><br> ALEX PADILLA, Secretary of State of California, in his official capacity,<br><br>            Defendant - Appellant, | No. 19-17002<br><br>D.C. No. 2:19-cv-01501-MCE-DB<br>U.S. District Court for Eastern California, Sacramento |

v.

JEFFREY S. KOENIG and JERRY GRIFFIN,

      Movants.

---

MELISSA MELENDEZ; et al.,

      Plaintiffs - Appellees,

v.

GAVIN NEWSOM, in his official capacity as Governor of the State of California and ALEX PADILLA, Secretary of State of California, in his official capacity,

      Defendants - Appellants,

v.

JERRY GRIFFIN,

      Movant.

No. 19-17004

D.C. No. 2:19-cv-01506-MCE-DB

U.S. District Court for Eastern California, Sacramento

---

JEFFREY S. KOENIG,

      Plaintiff - Appellee,

v.

GAVIN NEWSOM, in his official capacity as Governor of the State of California and ALEX PADILLA, Secretary of State of California, in his

No. 19-17007

D.C. No. 2:19-cv-01507-MCE-DB

U.S. District Court for Eastern California, Sacramento

official capacity,

        Defendants - Appellants,

v.

JERRY GRIFFIN; et al.,

        Movants.

---

ROQUE DE LA FUENTE, "Rocky",

        Plaintiff - Appellee,

v.

ALEX PADILLA, Secretary of State of California, in his official capacity

        Defendant - Appellant.

No. 19-17009

D.C. No. 2:19-cv-01659-MCE-DB
U.S. District Court for Eastern California, Sacramento

The judgment of this Court, entered December 16, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JERRY GRIFFIN; et al.,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>ALEX PADILLA, Secretary of State of California, in his official capacity,<br><br>    Defendant-Appellant,<br><br> v.<br><br>JEFFREY S. KOENIG,<br><br>    Movant. | No. 19-17000<br><br>D.C. No. 2:19-cv-01477-MCE-DB<br>Eastern District of California, Sacramento<br><br>ORDER |
| DONALD J. TRUMP FOR PRESIDENT, INC.; DONALD J. TRUMP, in his capacity as a private citizen,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>ALEX PADILLA, Secretary of State of California, in his official capacity,<br><br>    Defendant-Appellant,<br><br> v.<br><br>JEFFREY S. KOENIG; JERRY GRIFFIN, | No. 19-17002<br><br>D.C. No. 2:19-cv-01501-MCE-DB |

SM/MOATT

| | |
|---|---|
| Movants. | |

| | |
|---|---|
| MELISSA MELENDEZ; et al., | No.   19-17004 |
| Plaintiffs-Appellees, | D.C. No. 2:19-cv-01506-MCE-DB |
| v. | |
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; ALEX PADILLA, Secretary of State of California, in his official capacity, | |
| Defendants-Appellants, | |
| v. | |
| JERRY GRIFFIN, | |
| Movant. | |

| | |
|---|---|
| JEFFREY S. KOENIG, | No.   19-17007 |
| Plaintiff-Appellee, | D.C. No. 2:19-cv-01507-MCE-DB |
| v. | |
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; ALEX PADILLA, Secretary of State of California, in his official capacity, | |
| Defendants-Appellants, | |
| v. | |
| JERRY GRIFFIN; et al., | |

|  |  |
|---|---|
| Movants. | |

| | |
|---|---|
| ROQUE DE LA FUENTE, "Rocky",<br><br>            Plaintiff-Appellee,<br><br> v.<br><br>ALEX PADILLA, Secretary of State of California, in his official capacity<br><br>            Defendant-Appellant. | No.   19-17009<br><br>D.C. No. 2:19-cv-01659-MCE-DB |

Before: THOMAS, Chief Judge, BERZON and BRESS, Circuit Judges.

Appellants' motion to dismiss these appeals as moot (Docket Entry No. 20 in appeal No. 19-17000) is granted.

Because these appeals were mooted by the California Supreme Court's decision in *Patterson v. Padilla*, No. S257302 (Cal. Nov. 21, 2019), and not through any voluntary actions of the parties, we remand these matters to the district court with instruction to vacate the October 2, 2019 order. *See* 28 U.S.C. § 2106; *Paulson v. City of San Diego*, 475 F.3d 1047, 1048-49 (9th Cir. 2007).

The parties should seek any other relief in district court.

The parties shall bear their own costs on appeal.

**DISMISSED and REMANDED with instructions.**