Thomas R. McCarthy*
William S. Consovoy*
Bryan K. Weir, CA Bar #310964
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
*Attorneys for Plaintiffs*

*Admitted pro hac vice

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorney General
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3624
Fax: (415) 703-5843
E-mail: Chad.Stegeman@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DONALD J. TRUMP FOR PRESIDENT, INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALEX PADILLA, in his official capacity as Secretary of State of the State of California, et al.,**<br><br>Defendants. | 2:19-cv-01501-MCE-DB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER**<br>**(Fed. R. Civ. P. 41(a)(1)(A))**<br><br>Action Filed: August 6, 2019<br><br>Judge: Morrison C. England, Jr. |

Plaintiffs Donald J. Trump for President, Inc. and Donald J. Trump, in his personal capacity, and Defendants Alex Padilla and Xavier Becerra, in their official capacities, stipulate to the voluntary dismissal with prejudice of this action under Federal Rule of Civil Procedure 41(a)(1)(A). The parties further stipulate that except as set forth in their settlement agreement, the parties bear their own attorneys' fees, expenses, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 8, 2020   CONSOVOY MCCARTHY PLLC

*s/ Thomas R. McCarthy*
Thomas R. McCarthy
*Attorneys for Plaintiffs Donald J. Trump for President, Inc. and Donald J. Trump, in his personal capacity*

Dated: April 8, 2020   XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*/s/ Chad A. Stegeman (as authorized on April 8, 2020)*
CHAD A. STEGEMAN
Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

In consideration of the parties' stipulation, Plaintiffs Donald J. Trump for President, Inc. and Donald J. Trump's complaint is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A). Except as set forth in their settlement agreement, the parties bear their own attorneys' fees, expenses, and costs.

IT IS SO ORDERED.

Dated: April 9, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE